UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

BILLY LEE RHOADS,

        Plaintiff,                      Case No. 1:20-cv-910

v.                                       Honorable Paul L. Maloney

BRIAN HINKLEY,

        Defendant.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   November 13, 2020                    /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge